FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 20 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZENA ABASH,

       Plaintiff,      Civil Action No.: 15-cv-06986 (AMD)(SMG)

  v.

FRESH FOOD CONCEPTS, INC. d/b/a  **STIPULATION OF**
L.A. GOURMET, ABEL AHUATL, in his  **DISCONTINUANCE**
personal and professional capacities,

       Defendants.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Zena Abash and Defendants Fresh Food Concepts, Inc. d/b/a L.A. Gourmet and Abel Ahuatl, together, through their undersigned counsel, that the above-captioned action be and is hereby discontinued in its entirety with prejudice.

Dated: ~~June~~ July 20, 2016        ~~June~~ July 6, 2016
   New York, New York        New York, New York

**WIGDOR LLP**           **SCHWARTZ & PERRY, LLP**

By: _/s/ Jeanne Christensen_      By: _/s/ Matthew T. Schatz_
  Jeanne M. Christensen        Matthew T. Schatz
  Renan F. Varghese

85 Fifth Avenue            295 Madison Avenue
New York, NY 10003          New York, NY 10017
Telephone: (212) 257-6800       Telephone: (212) 655-3500
jchristensen@wigdorlaw.com       mschatz@schwartzandperry.com
rvarghese@wigdorlaw.com

_Counsel for Plaintiff_           _Counsel for Defendants_

~~SO ORDERED~~:

s/Ann M. Donnelly
~~Honorable~~ Ann M. Donnelly
United States District Court Judge